IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

KATHERINE JEFFERSON,

    PLAINTIFFS,

VS.        CAUSE NO.: 3:23CV012-GHD-RP
        Jury Trial Demanded

DESOTO COUNTY, MISSISSIPPI,
BILL RASCO, in her Official Capacity as
DESOTO COUNTY SHERIFF,
DESOTO COUNTY, MISSISSIPPI DEPUTIES,
in their Official and Individual Capacity
and JOHN and JANE DOES 1-10,

    DEFENDANTS.

**STATUS REPORT**
**(January 8, 2024)**

    Counsel for Defendant DeSoto County, Mississippi, files this Status Report, with the approval and consent of Plaintiff's counsel, stating as follows:

On March 8, 2023, a Grand Jury for DeSoto County, Mississippi, returned an indictment against Plaintiff Jefferson for felony criminal charges arising from the same events at issue in her Complaint against the Defendants herein. Plaintiff's criminal case has been docketed in the Circuit Court of DeSoto County under cause number CR2023-0221-CWD.

According to the docket, Plaintiff was served with a capias on June 27, 2023, and the capias return was filed on July 10, 2023. On September 8, 2023, Attorneys John Keith Perry and Jalessa Seals of Perry Griffin, PC entered their appearance as counsel for Plaintiff in her criminal matter.

Additionally, on November 27, 2023, DeSoto County Circuit Court Judge Celeste Wilson entered an order scheduling a status conference of Plaintiff's criminal charges for February 12,

1

2024. Based on the foregoing, Plaintiff's criminal proceedings arising out of the same events at issue in the case *sub judice* remain pending in DeSoto County Circuit Court.

ATTORNEY FOR PLAINTIFF

**/s/ Juan T. Williams**
Juan T. Williams (MSB # 102869)
**PERRYGRIFFIN, P.C.**
5699 Getwell Road, Bldg. G, Suite 5
Southaven, MS 38672
Tele: (662) 536-6868

## CERTIFICATE OF SERVICE

I, Juan T. Williams, attorney of record for Plaintiff, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Status Report* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

**DATED** this 8th day of January, 2024.

**/s/ Juan T. Williams**
Juan T. Williams