## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**KATHERINE JEFFERSON**                                               **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO.: 3:23cv012-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI, et al.**                                    **DEFENDANTS**

---

### STATUS REPORT
### (April 5, 2024)

---

Counsel for Defendant DeSoto County, Mississippi, files this Status Report, with the approval and consent of Plaintiff's counsel, stating as follows:

On March 8, 2023, a Grand Jury for DeSoto County, Mississippi, returned an indictment against Plaintiff Jefferson for felony criminal charges arising from the same events at issue in her Complaint against the Defendants herein. Plaintiff's criminal case has been docketed in the Circuit Court of DeSoto County under cause number CR2023-0221-CWD. At some point thereafter, all charges were remanded to justice court except for the felony charge of possession of a firearm by a convicted felon. In circuit court, there is an upcoming plea date of May 16, 2024, but no trial date.

As for the matters referred to DeSoto County Justice Court, there is a May 9 status conference / report back date, but there is not presently a trial date.

                                                                   Respectfully Submitted,

                                                                    **/s/** *R. Jeff Allen*
                                                                    R. Jeff Allen (Bar No. 10593)
                                                                    rjallen@huntross.com
                                                                    HUNT ROSS & ALLEN
                                                                    P.O. Box 1196
                                                                    Clarksdale, MS 38614
                                                                    662-627-5251 (telephone)
                                                                    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, R. Jeff Allen, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Juan T. Williams
>jw@PerryGriffin.com
>John Keith Perry, Jr.
>PERRYGRIFFIN, P.C.
>5699 Getwell Road, Bldg. G, Suite 5
>Southaven, MS 38672
>***Attorneys for Plaintiff***

This, the 5th day of April, 2024.

**/s/** *R. Jeff Allen*
R. Jeff Allen
