IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KATHERINE JEFFERSON**                                              **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO.: 3:23cv012-GHD-RP**

**DESOTO COUNTY, MISSISSIPPI, et al.**                          **DEFENDANTS**

---

**STATUS REPORT**
**(July 1, 2024)**

---

Counsel for Defendant DeSoto County, Mississippi, files this Status Report, with the approval and consent of Plaintiff's counsel, stating as follows:

On March 8, 2023, a Grand Jury for DeSoto County, Mississippi, returned an indictment against Plaintiff Jefferson for felony criminal charges arising from the same events at issue in her Complaint against the Defendants herein. Plaintiff's criminal case has been docketed in the Circuit Court of DeSoto County under cause number CR2023-0221-CWD. At some point thereafter, all charges were remanded to justice court except for the felony charge of possession of a firearm by a convicted felon. In circuit court, there is no trial date set.

As for the matters referred to DeSoto County Justice Court, it has now been continued to November 14, 2024.

                                                         Respectfully submitted,

                                                         /s/ *R. Jeff Allen*
                                                         R. Jeff Allen (Bar No. 10593)
                                                         rjallen@huntross.com
                                                         HUNT ROSS & ALLEN
                                                         P.O. Box 1196
                                                         Clarksdale, MS 38614
                                                         662-627-5251 (telephone)
                                                         ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, R. Jeff Allen, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Juan T. Williams
>jw@PerryGriffin.com
>John Keith Perry, Jr.
>PERRYGRIFFIN, P.C.
>5699 Getwell Road, Bldg. G, Suite 5
>Southaven, MS 38672
>***Attorneys for Plaintiff***

This, the 1st day of July, 2024.

>/s/ *R. Jeff Allen*
>R. Jeff Allen